Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-413-216

**Effective Date of Registration:**
August 30, 2024
**Registration Decision Date:**
September 18, 2024



## Title

| | |
|---|---|
| **Title of Work:** | Market Floral |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | January 02, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Heatherlee Chan |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Heatherlee Chan |
| | 23424 Canterbury Way, Murrieta, CA, 92562, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Wain's World Inc. |
| **Name:** | Liz Wain |
| **Email:** | lizwain@lizwain.com |
| **Telephone:** | (312)848-8563 |
| **Address:** | 929 Brittany Road |
| | Highland Park, IL 60035 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

