# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HEATHERLEE CHAN,<br><br>               Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>               Defendants. | Case No.: 1:25-cv-07060<br><br>**Judge Robert W. Gettleman**<br><br>**Magistrate Judge Keri L. Holleb Hotaling** |

## DEFAULT FINAL JUDGMENT ORDER

This action having been commenced by Plaintiff HEATHERLEE CHAN ("Chan" or "Plaintiff") against the defendants identified on First Amended Schedule A, and using the Online Marketplace Accounts identified on the First Amended Schedule A (collectively, the "Defendant Internet Stores"), and Chan having moved for entry of Default and Default Judgment against the defendants identified on the First Amended Schedule A attached hereto which have not yet been dismissed from this case (collectively, "Defaulting Defendants");

This Court having entered a preliminary injunction; Chan having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

None of the Defaulting Defendants having answered or appeared in any way, and the time for answering having expired, so that the allegations of the Complaint are uncontroverted and are deemed admitted;

This Court finds that it has personal jurisdiction over Defaulting Defendants because Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Chan has provided a basis to conclude that Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products using infringing versions of Chan's federally registered copyright, which is protected by United States Copyright Registration No. VA 2-413-216 (the "Heatherlee Chan Work") to residents of Illinois. In this case, Chan has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can purchase products using infringing versions of the Heatherlee Chan Work. *See* Docket No. [16], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing, and able to ship its unauthorized goods to customers in Illinois bearing infringing versions of the Heatherlee Chan Work.

This Court further finds that Defaulting Defendants are liable for willful federal copyright infringement (17 U.S.C. § 504).

Accordingly, this Court orders that Chan's Motion for Entry of Default and Default Judgment is GRANTED as follows, that Defaulting Defendants are deemed in default, and that this Default Final Judgment is entered against Defaulting Defendants.

This Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the Heatherlee Chan Work or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Chan product or not authorized by Chan to be sold in connection with the Heatherlee Chan Work;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Chan product or any other product produced by Chan, that is not Chan's or not produced under the authorization, control, or supervision of Chan and approved by Chan for sale under the Heatherlee Chan Work;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Chan, or are sponsored by, approved by, or otherwise connected with Chan; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Chan, nor authorized by Chan to be sold or offered for sale, and which bear any of Chan's copyrights, including the Heatherlee Chan Work, or any reproductions, infringing copies, or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Defendant Internet Stores, including, without limitation, any online

marketplace platforms such as Amazon Payments, Inc. ("Amazon") (the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Internet Stores, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell infringing goods using the Heatherlee Chan Work; and

b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Heatherlee Chan Work or any reproductions, infringing copies or colorable imitations thereof that is not a genuine Chan product or not authorized by Chan to be sold in connection with the Heatherlee Chan Work.

3. Upon Chan's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the Heatherlee Chan Work.

4. Pursuant to 17 U.S.C. § 504(c)(2), Chan is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars ($100,000) for willful use of the infringing Heatherlee Chan Work on products sold through at least the Defendant Internet Stores.

5. Any Third Party Providers holding funds for Defaulting Defendants, including Amazon, shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores

from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Amazon, are hereby released to Chan as partial payment of the above-identified damages, and Third Party Providers, including Amazon, are ordered to release to Chan the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until Chan has recovered full payment of monies owed to Plaintiff by any Defaulting Defendant, Chan shall have the ongoing authority to commence supplemental proceedings under Federal Rule of Civil Procedure 69.

8. In the event that Chan identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Chan may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Heatherlee Chan and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The ten thousand dollar ($10,000) surety bond posted by Chan is hereby released to Chan or Plaintiff's counsel, Keith Vogt, Ltd., 33 West Jackson Boulevard, Chicago, Illinois, 60604. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Chan or Plaintiff's counsel.

This is a Default Final Judgment.

Dated: August 28, 2025

Robert W. Gettleman
United States District Judge

# First Amended Schedule A

| No. | Defendants |
|---|---|
| 1 |  |
| 2 |  |
| 3 | deals of the day lightning deals |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 | ZXCTKA Clearance Sales Today Deals Prime |
| 8 | GADMUIP |
| 9 | XKLVMH Prime Big Deal Days |
| 10 |  |
| 11 |  |
| 12 | BUXHDZT |
| 13 |  |
| 14 |  |
| 15 | JHJDhs |
| 16 | SongShangJieKeJi |
| 17 | ReenRuuo |
| 18 | QiBuss |
| 19 | GaoDaHuiHui |
| 20 |  |
| 21 |  |
| 22 |  |
| 23 |  |
| 24 | Christmas Deals 2024 Black Friday Cyber Monday |
| 25 |  |
| 26 | BingZhiGuiYe |
| 27 |  |
| 28 |  |
| 29 | Campbell4 |
| 30 |  |
| 31 | Lightning Deals Of Today Prime ROPNGIH |
| 32 | JIANGYUYING |
| 33 | Lightning Deals of Today Prime GONGXIFAC |
| 34 |  |
| 35 | QITOHK |
| 36 | ATOYSOY |
| 37 |  |

| # | Name |
|---|---|
| 38 | Kosidadi |
| 39 | |
| 40 | |
| 41 | Caireey |
| 42 | |
| 43 | |
| 44 | |
| 45 | Gallant_E |
| 46 | SSPDMBCURT |
| 47 | jinjiums ( Order arrive 10-14 days) |
| 48 | fuahas |
| 49 | TAJongUDL Warehouse Clearance 跟卖秒投 |
| 50 | |
| 51 | |
| 52 | Yuu Nan |
| 53 | |
| 54 | |
| 55 | |
| 56 | |
| 57 | |
| 58 | |
| 59 | |
| 60 | |
| 61 | |
| 62 | |
| 63 | |
| 64 | |
| 65 | |
| 66 | |
| 67 | chengshenmaoyi Prime Day Deals Today 2024 |
| 68 | |
| 69 | |
| 70 | PANXTDEG✦ ✦ ✦ Todays Daily Deals |
| 71 | Lightning Deals of Today Prime XAZEIC |
| 72 | forerruti(Deals of The Day Clearance) |
| 73 | |
| 74 | |
| 75 | siajz-US(✈7-14 days delivery) |
| 76 | VREWARE |
| 77 | QIFENS |

| # | |
|---|---|
| 78 | |
| 79 | Sktrjpolfs 7-14 days Delivery |
| 80 | Weilau |
| 81 | |
| 82 | |
| 83 | |
| 84 | Dwaloeno |
| 85 | |
| 86 | |
| 87 | LAIMUXI❗❗Christmas Day Sales❗❗7-15 Days ⚡ |
| 88 | |
| 89 | |
| 90 | JXEHIUR |
| 91 | |
| 92 | BDPORKAS |
| 93 | |
| 94 | |
| 95 | Yuandnglid |
| 96 | |
| 97 | |
| 98 | |
| 99 | |
| 100 | |
| 101 | |
| 102 | ZIXZMD Lightning Deals of Today Prime 2024 |
| 103 | MKUFAFSSC |
| 104 | MoolBeko-Prime Deals Today Clearance |
| 105 | |
| 106 | |
| 107 | MANLINGYA |
| 108 | |
| 109 | |
| 110 | |
| 111 | Lukinyin |
| 112 | |
| 113 | Lightning Deals of Today Prime 2024 |
| 114 | Luooli(7-20 Days Delivery) |
| 115 | |
| 116 | today prime day deals |

| | |
|---|---|
| 117 | |
| 118 | |
| 119 | |
| 120 | |
| 121 | zhangxindedianpu |
| 122 | Moowen Collection |
| 123 | QUFECH |
| 124 | XRLEC |
| 125 | |
| 126 | XiangBaiShangMao |
| 127 | KeYaKeJi |
| 128 | Jinsine |
| 129 | ShunShuangPengstore |
| 130 | EANJE shop |
| 131 | UMIYE |
| 132 | FEITAI |
| 133 | SunSing |
| 134 | |
| 135 | StarEasonsu |
| 136 | |
| 137 | |
| 138 | COSINWomen |
| 139 | |
| 140 | |
| 141 | |
| 142 | |
| 143 | |
| 144 | early black friday sales |
| 145 | |
| 146 | HZDream |
| 147 | |
| 148 | |
| 149 | |
| 150 | |
| 151 | JowenShop |
| 152 | Hazzigo |
| 153 | QJZmaoyi |
| 154 | CTKEFZC. |
| 155 | |
| 156 | YOmigaot-Summer Deals UP 7-20 Days Delivery |
| 157 | |

| | |
|---|---|
| 158 | |
| 159 | |
| 160 | Vicceyu |
| 161 | lightning deals of today prime 2024 |
| 162 | YANJICEN |
| 163 | JingLanDianQi (7-15 Days Fast Delivery) |
| 164 | |
| 165 | Forwelly |
| 166 | |
| 167 | Woot Deals of the JIANXHD |
| 168 | |
| 169 | |
| 170 | |
| 171 | LCUFREOZ halloween costumes woman 2024 |
| 172 | XPSJBBB |
| 173 | |
| 174 | momojji |
| 175 | |
| 176 | |
| 177 | |
| 178 | bhuZT*2H |
| 179 | jingjingjjj |
| 180 | |
| 181 | |
| 182 | |
| 183 | |
| 184 | |
| 185 | Prime Day Deals* |
| 186 | |
| 187 | WJDSZBD Deals of the Day Clearance |
| 188 | |