**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

HEATHERLEE CHAN,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:25-cv-07060

Judge Robert W. Gettleman

Magistrate Judge Keri L. Holleb Hotaling

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on August 28, 2025 [37] in favor of Plaintiffs and against the Defendants Identified in Amended Schedule A. Plaintiffs acknowledge payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| NO. | DEFENDANT |
|---|---|
| 8 | GADMUIP |
| 12 | BUXHDZT |
| 31 | Lightning Deals Of Today Prime ROPNGIH |
| 36 | ATOYSOY |
| 38 | Kosidadi |
| 84 | Dwaloeno |
| 92 | BDPORKAS |
| 103 | MKUFAFSSC |
| 116 | today prime day deals |
| 160 | Vicceyu |
| 161 | lightning deals of today prime 2024 |
| 167 | Woot Deals of the JIANXHD |
| 172 | XPSJBBB |

THEREFORE, full and complete satisfaction of said judgment as to above identified Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

DATED: November 26, 2025

Respectfully submitted,

Keith A. Vogt
IL Bar No. 6207971; FL Bar No. 1036084
Keith A. Vogt PLLC
15275 Collier Boulevard, Ste. 201-2061
Naples, Florida 34119-6750
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

Subscribed and sworn before me by Keith A. Vogt, on this  26  day of November , 2025.

Given under by hand and notarial seal.

NOTARY PUBLIC

STATE OF    Illinois   

COUNTY OF   Cook   



GRISELDA DELGADO
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
October 05, 2026